**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Andrew J. Heck, Esq. (AH9361)
Christopher W. McClanahan (CM6972)
200 Campus Drive, 4th Floor
Florham Park, New Jersey 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
(e) Andrew.Heck@wilsonelser.com
Attorneys for Defendants, Produits Andalos, Inc. and Ishan A. Al-Joundri

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CAMDEN

| | |
|---|---|
| REBA SMITH, | Civil Action No. 1:17-cv-06433 |
| Plaintiff, | Hon. Renee Marie Bumb, U.S.D.J. |
| v. | Hon. Ann Marie Donio, U.S.M.J. |
| PRODUITS ANDALOS, INC., ISHAN A. AL-JOUNDRI AND ABC COMPANIES 1-10, names being fictitious, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The matter in difference in the above-captioned action having been amicably adjusted by and among the parties, it is hereby stipulated and agreed that the entire action and any and all claims asserted against Defendants, Produits Andalos, Inc. and Ishan A. Al-Joundri, are hereby dismissed with prejudice, and without costs against any party.

STIPULATED, AGREED, AND CONSENTED TO:

Dated: 10-10-18

CELLINO & BARNES, P.C.

By: _____
John H. Shields, Esq.
Attorneys for Plaintiff

Dated: 10/16/2018

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Christopher W. McClanahan, Esq.
Attorneys for Defendants

SO ORDERED:

_____

Dated: November 19, 2018

2593006v.1